**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No.: 13-cv-01712-CMA-KMT

ARTHUR DeIANNI, as Trustee and
Chairman of the Board of Trustees of the
CWA/ITU Negotiated Pension Plan

      Plaintiff,

v.

OXFORD-ARGONAUT MAILERS, INC.,

      Defendant.

---

## ORDER AND FINAL JUDGMENT

---

Upon consideration of Plaintiff's Motion for Entry of Default Judgment (Doc.

# 11), the Court finding that it has jurisdiction pursuant to 28 U.S.C. §1331 and 29

U.S.C. §1132 because this action arises under ERISA, pursuant to Rule 55(b) of the

Federal Rules of Civil Procedure, and the Court's review of the record in this case,

it is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and

JUDGMENT is hereby entered in favor of Plaintiff, Arthur DeIanni as Trustee and

Chairman of the Board of Trustees of the CWA/ITU Negotiated Pension Plan, against

Defendant Oxford-Argonaut Mailers, Inc., in the total amount of **$140,788.24**, which

consists of the following:

      Unpaid pension contributions in the amount of **$1,564.00**;

      Interest on unpaid contributions in the amount of the prevailing prime rate
      plus two (2) percentage points, which interest is calculated to be **$209.44**;

Liquidated damages in the amount of **$312.80**;

Withdrawal liability in the amount of **$137,172.00**;

Reasonable attorney's fees in the amount of **$870.00**; and

Costs in the amount of **$660.00**.

DATED:  September __24__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge